UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:09-00240 |
| v. | ) | Judge Nixon |
| | ) | |
| CHRISTOPHER CONYERS | ) | |
|    a/k/a "SNOOTY", et al. | ) | |

## UNITED STATES' MOTION TO FULLY UNSEAL SIXTH SUPERSEDING INDICTMENT

Comes now the United States and requests the Sixth Superseding Indictment be fully unsealed since the sole defendant charged in that indictment who had not yet been arrested has now been arrested. That defendant, Christopher Moody, is charged in Counts Twenty-Five and Twenty-Six, which were under seal pending his arrest. Since all defendants named in this indictment have now been arrested, the Sixth Superseding Indictment should now be unsealed.

                                                      Respectfully submitted,
                                                      JERRY E. MARTIN
                                                      UNITED STATES ATTORNEY

                                                      By: *s/ Sunny A.M. Koshy*
                                                      SUNNY A.M. KOSHY
                                                      Assistant United States Attorney
                                                      110 9th Avenue, South
                                                      Suite A-961
                                                      Nashville, Tennessee 37203

SO ORDERED:

_____
JOHN S. BRYANT
U.S. Magistrate Judge

1