IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-21 |
| v. | ) | |
| | ) | **Judge Nixon** |
| CHRISTOPHER MOODY | ) | |

## ORDER

Pending before the Court is Attorney Clayton Whittaker's Motion Pro Hac Vice Pursuant to Local Rule 83.01(d)(1) ("Motion"), in which he requests the Court grant him permission to appear on behalf of Defendant Christopher Moody as appointed counsel pursuant to CJA appointment. (Doc. No. 1385.) In accordance with Local Rule 83.01(d)(1), Mr. Clayton has submitted the proper documentation demonstrating that he is duly licensed and admitted to practice law in the U.S. District Court for the Eastern District of Tennessee. (*See* Doc. No. 1385 at 3.) Accordingly, Mr. Whittaker's Motion to appear pro hac vice is **GRANTED**.

It is so ORDERED.

Entered this 24th day of October, 2012.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT