IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:09-cr-00240-21 |
| v. ) | |
| ) | Judge Nixon |
| ) | |
| CHRISTOPHER MOODY ) | |

## ORDER

Pending before the Court is Defendant Christopher Moody's Motion for Leave to Adopt Amended Motion to Dismiss Indictment ("Motion to Adopt"). (Doc. No. 1538.) Defendant Moody requests to adopt Defendants Paul McQuiddy and Leonard Baugh's Amended Motion to Dismiss filed on October 29, 2012 (Doc. No. 1400), and supporting documents filed on October 29 and November 19, 2012 (Doc. Nos. 1404; 1464), to the extent that they apply to Defendant Branum's circumstance. All of the motions referred to in Defendant Moody's Motion to Adopt are currently pending before the Court.

The arguments made by Defendants McQuiddy and Baugh in their motion and supporting documents apply equally to Defendant Moody. (*See* Doc. Nos. 1400; 1404; 1464). Accordingly, the Court **GRANTS** Defendant's Motion to Adopt with respect to documents filed by Defendants McQuiddy and Baugh (Doc. Nos. 1400; 1404; 1464).

It is so ORDERED.

Entered this the 17th day of December, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT