IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

VS.                                              3:09cr240

CHRISTOPHER MOODY

*[Handwritten annotation: Denied. This motion is granted. The conference is set for April 19, 2013 at 5:00 pm. [signature] 4-10-13]*

MOTION FOR STATUS CONFERENCE

    Comes now the Defendant Christopher Moody by and through counsel and moves the court for a status conference and to set the trial of the case.

                                          Respectfully Submitted,
                                          MACK AND WHITTAKER,
                                          ATTORNEYS AT LAW
                                          BY: ___/s/ *Clayton M. Whittaker*
                                          Clayton M. Whittaker, BPR # 13461
                                          Attorney for Defendant
                                          846 Oak Street
                                          Chattanooga, TN 37403
                                          (423) 265-4736
                                          (423) 265-4815 Fax

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and exact copy of the foregoing has been served upon all parties or counsel for all parties at interest in this case by delivering a copy of said document by electronic filing or by placing a copy of said document in the United States Mail addressed to said parties or counsel at their last known address as listed below with sufficient postage thereon to carry the same to its destination.

                                          Clayton Whittaker/s/

Mr. Sunny A. M. Koshy, AUSA
110 Ninth Ave. S.
Suite A961
Nashville, TN 37203