UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:09-00240 |
| v. | ) | |
| | ) | CHIEF JUDGE HAYNES |
| CHRISTOPHER MOODY | ) | |

**PROPOSED AGREED ORDER FOR RESCHEDULING TRIAL**

This Court, having been duly advised, and having conducted a hearing on the United States' *held (19)?*

Motion to Re-Schedule the trial in this case, hereby grants that motion, and re-sets ~~trail~~ to November *See DIS No. 2457 ...* 19, 2013. The Court finds that period until that date to be excludable under the Speedy Trial Act.

The end of justice in re-scheduling the trial outweigh the best interests of the public and the

defendant as a speedy trial. This trial is the result of a complex investigation, and the only two

prosecutors knowledgeable about this investigation and the evidence are unavailable on the

scheduled trial date due to their participation in a multi-defendant complex trial involving wiretap

evidence that began on August 6, 2013. Therefore, denial of the request would unreasonable deny

the United States continuity of counsel. *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(I), and (B)(iv).

It is so ordered this __17th__ day of ~~August~~ *November*, 2013.

_____
WILLIAM J. HAYNES
UNITED STATES CHIEF DISTRICT JUDGE