IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

VS.     3:09cr240

CHRISTOPHER MOODY

MOTION IN LIMINE

[Handwritten annotation: Sworn / For the reasons stated / in open court, this motion / is GRANTED in / part and DENIED / in part as to / exclude the / designated / topics of / conversation / and / video / excerpts. / [signature] / 11-18-13]

Comes now the Defendant and moves the Court to exclude in Limine, pursuant to the Fifth Amendment United States Constitution, and the Federal Rules of Evidence and prays for an order as follows:

1. That the Court exclude all references to gangs as unfairly prejudicial, likely to inflame the jury, and violative of Rule 403 of the Federal Rules of Evidence;

2. That the Government be prohibited from using the word felon to describe the defendant in regards to the charges before the court. The correct language is any person who has been convicted in any court of a crime punishable for imprisonment for a term exceeding one year;

3. That the video of the Defendant recovered from the Edgehill apartments be excluded as unfairly prejudicial, likely to inflame the jury, and violative of Rule 401 as being irrelevant, and Rule 403 as the probative value being outweighed by the risk of undue prejudice of the Federal Rules of Evidence;

Case 3:09-cr-00240 Document 2475 Filed 11/18/13 Page 1 of 2 PageID #: 12812