## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

UNITED STATES OF AMERICA,     )
                                 )
     Plaintiff,             )
                                 )
v.                               )     No. 3:09-cr-00240-21
                               )     Chief Judge Haynes
CHRISTOPHER MOODY,        )
                               )
     Defendant.        )

## O R D E R

In accordance with the verdict of the jury, the Defendant was found **GUILTY** as to counts 5, 6, 7, 8, 9, 10, 11, and 12 of the Eleventh Superseding Indictment. A sentencing hearing will be set by separate order.

It is so **ORDERED**.

**ENTERED** this the 26 day of November, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court